**Roger M. Schrimp, State Bar No. 039379**
**DAMRELL, NELSON, SCHRIMP, et al.**
**1601 I Street, Fifth Floor**
**Modesto, CA 95354**

**Ted R. Frame, State Bar No. 023637**
**FRAME & MATSUMOTO**
**Attorneys at Law**
**201 Washington Street**
**Post Office Box 895**
**Coalinga, CA 93210**

**ATTORNEYS FOR: Plaintiff**

**Stephen T. Clifford, State Bar No. 39020**
**CLIFFORD & BROWN**
**1430 Truxtun Avenue, Suite 900**
**Bakersfield, CA 93301**

**ATTORNEYS FOR: Defendants**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | | |
|---|---|---|
| **BRITZ FERTILIZERS, INC.**, a California corporation, | ) ) ) ) ) ) | Case No.: 1:06-CV-00287-OWW-SMS  JOINT REQUEST, AND ORDER, TO EXTEND DISCOVERY CUTOFF DATE AND TO RESET MANDATORY SETTLEMENT |
| Plaintiff, | ) | CONFERENCE DATE; |
| v. | ) ) ) | |
| **BAYER CORPORATION**, an Indiana corporation, and **BAYER CROPSCIENCE LP**, a Delaware Limited Partnership | ) ) ) ) ) | ORDER |
| Defendants. | ) | |

G:\docs\HHerman\6cv0287.stipo.Britz.extend.wpd

1

REQUEST AND [PROPOSED] ORDER TO EXTEND DISCOVERY CUTOFF DATE AND TO RESET MANDATORY SETTLEMENT CONFERENCE DATE

## REQUEST

The parties in this case, acting through their respective counsel, jointly request that the discovery cutoff date, which is now June 29, 2007, be extended until July 30, 2007, and that the date for the Mandatory Settlement Conference, which is now July 12, 2007, be reset by the Court to a new date, after July 30, 2007, selected by the Court.

The reasons for this request follow.

This case involves many documents and many witnesses. Some are within California. Some are not. The parties have engaged in, and they are continuing to engage in, extensive oral and written discovery. Both sides have cooperated, and they continue to cooperate, in that effort. However, notwithstanding the best efforts of the parties, completion of discovery by June 29, 2007, is not reasonably possible.

Dated: May 18, 2007

DAMRELL, NELSON, SCHRIMP, PALLIOUS, PACHER & SILVA

FRAME & MATSUMOTO

By:   /s/ Ted R. Frame
      TED R. FRAME
      Attorneys for Plaintiff

CLIFFORD & BROWN

By:   /s/ Stephen T. Clifford
      STEPHEN T. CLIFFORD
      Attorneys for Defendant

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** as follows:

1.   The discovery deadline in this case is extended to July 30, 2007; and

2.   The Mandatory Settlement Conference, now set for July 12, 2007, is reset for AUGUST 8, 2007, at 10:00 a.m. (not 1:30 p.m.), in Courtroom 7.

Dated:  5/24/2007

                                          /s/ Sandra M. Snyder
                                         SANDRA M. SNYDER,
                                         U.S. MAGISTRATE JUDGE