1

2 STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
3 Clifford & Brown
A Professional Corporation
4 Attorneys at Law
1430 Truxtun Avenue, Suite 900
5 Bakersfield, CA 93301
661-322-6023
6 661-322-3508 fax

7 Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP
8

9

10 IN THE UNITED SATES DISTRICT COURT

11 FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

12

| | | |
|---|---|---|
| BRITZ FERTILIZERS, INC., | ) | Case No.: 1:06-CV-00287-OWW-SMS |
| | ) | |
| Plaintiff, | ) | **JOINT REQUEST, AND ORDER, TO** |
| | ) | **RESET PRE-TRIAL MOTION** |
| vs. | ) | **SCHEDULE;** |
| | ) | |
| BAYER CORPORATION; BAYER | ) | **ORDER** |
| CROPSCIENCE, LP; et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

19

20 **REQUEST**

The parties in this case, acting through their respective counsel, jointly request that the
21 time by which all non-dispositive pre-trial motions, including any discovery motions, and all
dispositive pre-trial motions extended.  Specifically, the parties request that the Court order
22 that all non-dispositive pre-trial motions, including any discovery motions, will be filed on or
before August 12, 2007, and be heard on the September 14, 2007 at 9:00 a.m. before Magistrate
23 Judge Sandra M. Snyder in Courtroom 7.  The parties further request that all dispositive pre-trial
24 motions will be filed no later than August 27, 2007 and will be heard on September 24, 2007, at
10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom
25 3, Seventh Floor.

The reasons for this request follow.
26 As stated in this Court's May 21, 2007 Order extending the discovery cut-off date and
27 resetting the Mandatory Settlement Conference date, while the parties have, in good faith,
engaged in extensive oral and written discovery, such discovery cut-off dates were required to be
28 extended to July 30, 2007.  Accordingly, the parties now request that the corresponding dates to
file dispositive and non-dispositive pre-trial motions should be extended in light of the discovery
date extensions.

June 1, 2007                                                    DAMRELL, NELSON, SCHRIMP,

1

2

PALLIOUS, PACHER & SILVA

3

FRAME & MATSUMOTO

4

5

By: _____/s/ Ted R. Frame_____.

6

TED R. FRAME
Attorneys for Plaintiff

7

(Consent provided on 6/1/07)

8

June 1, 2007

CLIFFORD & BROWN

9

10

By: _____/s/ T. Mark Smith_____.

11

T. MARK SMITH
Attorneys for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** as follows:

The pre-trial motion schedule set forth in the Scheduling Conference Order is amended as follows:

      X.      Pre-Trial Motions Schedule.

      1.      All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before August 12, 2007, and heard on or before September 14, 2007, at 9:30 a.m. before Magistrate Judge Sandra M. Snyder in Courtroom 7.

      2.      In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 142(d).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

      3.      All Dispositive Pre-Trial Motions are to be filed no later than August 27, 2007, and will be heard on September 24, 2007 at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor.  In scheduling such motions, counsel shall comply with Local Rule 230.

Dated:_____6/6/2007_____      /s/ Oliver W. Wanger
      OLIVER W. WANGER,
      U.S. DISTRICT JUDGE