Ted R. Frame, Esq., SBN 023736
FRAME & MATSUMOTO
Attorneys at Law
201 Washington Street
PO Box 895
Coalinga, CA  93210-0895
Phone (559) 935-1552
Fax (559) 935-1555
E-mail Ted@Frame-Matsumoto.com

Roger M. Schrimp, Esq., SBN 39379
DAMRELL, NELSON, SCHRIMP, PALLIOUS, PACHER & SILVA
1601 "I" Street, 5th Floor
Modesto, CA  95354
Phone (209) 526-3500
Fax (209) 526-3534

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | Case No.: 1:06-CV-00287-OWW |
| Plaintiff, | JOINT REQUEST FOR NEW SCHEDULING ORDER; AND ORDER |
| vs. | |
| BAYER CORPORATION; BAYER CROPSCIENCE, LP; et al., | |
| Defendant. | |

JOINT REQUEST FOR NEW SCHEDULING ORDER; AND [PROPOSED] ORDER - 1

PDF created with pdfFactory trial version www.pdffactory.com

## Joint Request

Britz Fertilizers, Inc. ("Britz"), the plaintiff in this case, and Bayer Corporation and Bayer CropScience (jointly "Bayer"), the defendants in this case, acting through their respective counsel, request that the Court make a new Scheduling Order for this case.

The reasons for this request follow:

1. This case arises from an underlying case ("the Underlying Case") in the California Superior Court, Fresno County, entitled (short title) "Skouti v. Britz Fertilizers, Inc."  In the Underlying Case a grape grower, Ahmed Skouti ("Skouti"), sued Britz, who is a distributor of agricultural chemical products, for crop damage allegedly caused by agricultural chemical application recommended by Britz.  The application included a growth regulator known as "Ethrel" which Britz purchased from Bayer, along with other agricultural chemical products manufactured by other companies.  Skouti was awarded Judgment against Britz in the amount of $7,596,710.00.  The Judgment is currently on appeal before the California Court of Appeal, Fifth District.  Britz contends in this action that Bayer is obligated to indemnify Britz.  Bayer denies any obligation to do so.  However, Britz and Bayer agree that the Judgment in the Underlying Case should become final before this action is brought to trial.

2. The complaint in this case was filed on March 14, 2006.  The Court subsequently made a Scheduling Order and assigned October 30, 2007, as the trial date.

3. The Court, at the request of the parties, previously has extended the discovery cut-off date in this case until July 30, 2007, and has reset the dates by which certain pretrial motions must be filed and heard.

4. Discovery is ongoing. The parties have cooperated, and they continue to cooperate, in the scheduling of depositions. Depositions have been taken, and will be taken, in California and in other states.

5. On June 8, 2007, Britz filed a separate action ("the New Case") against Bayer in this Court (Case #1:07-CV-00846-AWI-DLB), alleging that Bayer agreed to defend Britz in the Underlying Case, but failed to adequately do so. Britz alleges that it filed the New Case when it did because until shortly before it filed the New Case, a witness did not produce requested documents, and that upon the witness producing them, Britz promptly filed the New Case. Bayer does not admit the accuracy or the adequacy of Britz' allegation.

6. Although the New Case is not at issue, Bayer denies liability.

7. Britz intends to move to consolidate the New Case with this case, or, alternatively, to amend Britz' complaint in this case to include the additional claim now asserted by Britz.

8. Bayer intends to oppose Britz' motion to consolidate or to amend.

9. If Britz' motion to consolidate or amend is granted, additional discovery and additional expert designation will be necessary in this case.

10. Given the foregoing circumstances, the parties believe that in the interest of orderly procedure, a new Scheduling Order should be made and a new trial date should be assigned.

The Parties suggest that a new Scheduling Order provide for the following dates:

    Trial Date:    March 18, 2008.
    Pre-Trial Date:    February 25, 2008.
    Dispositive Motions:    Filed on or before January 14, 2008;

PDF created with pdfFactory trial version www.pdffactory.com

|   |   |
|---|---|
|   | May be heard on or before February 11, 2008. |
| Non-Dispositive Motions: | Filed on or before January 4, 2008; |
|   | May be heard on or before February 1, 2008. |
| Discovery Cut-off: | December 21, 2007 |
| Settlement Conference: | January 20, 2008 |

Regarding motions, a party may apply for an Order Shortening time pursuant to Local Rule 6-144(e).

DATED: June 29, 2007        DAMRELL, NELSON, SCHRIMP, PALLIOS, PACHER & SILVA,

FRAME & MATSUMOTO

BY: /s/ Ted R. Frame
Ted R. Frame, attorneys for plaintiff

DATED: June 29, 2007

CLIFFORD & BROWN

BY: /s/ T. Mark Smith
Stephen T. Clifford
T. Mark Smith, attorneys for defendants

C:\Gen\B\Britz Fertilizer Inc. (bfi)\Bayer\06-25-JntRqstSchdlgOrdr.doc

## Order

Good cause appearing therefor, all of the present pre-trial dates and the present trial date are vacated. The Court will issue a new Scheduling Order.

JOINT REQUEST FOR NEW SCHEDULING ORDER; AND [PROPOSED] ORDER - 4

PDF created with pdfFactory trial version www.pdffactory.com

1  DATED: July 2, 2007

2

3                                                          /s/ Oliver W. Wanger
                                                           Oliver W. Wagner,
4                                                          United States District Judge

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

LAW OFFICES OF
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

27

28

JOINT REQUEST FOR NEW SCHEDULING ORDER; AND [PROPOSED] ORDER - 5

PDF created with pdfFactory trial version www.pdffactory.com