1  Roger M. Schrimp, State Bar No. 039378
   George P. Rodarakis, State Bar No. 222214
2  Eric J. Sousa, State Bar No. 232541
   DAMRELL, NELSON, SCHRIMP,
3     PALLIOS, PACHER & SILVA
   1601 I Street, 5th Floor
4  Modesto, CA 95354
   Telephone (209) 526-3500
5  Facsimile (209) 526-3534

6  Ted R. Frame, State Bar No. 023736
   FRAME & MATSUMOTO
7  201 Washington Street
   Post Office Box 895
8  Coalinga, CA 93210
   Tel:  (559) 935-1552
9  Fax: (559) 935-1555

10 Attorneys for Plaintiff
      Britz Fertilizers, Inc.

11

12

13              **UNITED STATES DISTRICT COURT**

14             **EASTERN DISTRICT OF CALIFORNIA**

15                   **FRESNO DIVISION**

16

17 BRITZ FERTILIZERS, INC., a California          Case No. **1:06-CV-00287-OWW-SMS**
   Corporation,
18                                                 **STIPULATION RE: RULE 26 INITIAL**
                        Plaintiff,                 **DISCLOSURES**
19          vs.
                                                   *Amended Complaint for Damages filed*
20 BAYER CORPORATION, an Indiana                   *February 28, 2008*
   Corporation, and BAYER CROPSCIENCE,
21 LP, a Delaware Limited Partnership,

22                      Defendants.

23

24         WHEREAS, on or about February 28, 2008, Plaintiff Britz Fertilizers, Inc., filed its

25 Amended Complaint for Damages for Breach of Obligation to Defend and for Breach of Obligation

26 to Indemnify, for Declaratory Judgment, and for Damages for Fraud, Negligent Misrepresentation,

27 and False Promise;

28 / / /

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*
*Silva*

PDF created with pdfFactory trial version www.pdffactory.com

1    WHEREAS, on or about February 29, 2008, the parties hereto, by and through their

2    respective counsel and pursuant to Rule 26 of the Federal Rules of Civil Procedure, participated in

3    a Rule 26(f) conference;

4    WHEREAS, the parties hereto have previously exchanged initial disclosures pursuant to

5    Rule 26(a), and have conducted substantial discovery to date, including depositions and written

6    discovery;

7    WHEREAS, discovery is continuing and has not been completed by either party;

8    IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers,

9    Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective

10   undersigned attorneys, that, having previously exchanged initial disclosures pursuant to Rule 26(a),

11   and given the current state of discovery in this action, the parties be relieved of their obligation to

12   provide initial disclosures pursuant to Rule 26(a)(1).  This stipulation is entered into upon good

13   faith and is made without prejudice to either party conducting further written and oral discovery.

14   This stipulation is also entered into without prejudice to either party providing amended and/or

15   supplemental disclosures pursuant to Rule 26(e).

16                                    FRAME & MATSUMOTO

17                                           And

18                                    DAMRELL, NELSON, SCHRMIP
                                        PALLIOS, PACHER & SILVA
19

20   Dated:  March ___, 2008              By_____

21                                           Roger M. Schrimp
                                             Eric J. Sousa
22                                           Attorneys for Plaintiff

23                                    CLIFFORD & BROWN

24

25   Dated:  March ____, 2008             By_____

26                                           Stephen T. Clifford
                                             T. Mark Smith
27                                           Attorneys for Defendants

28

Damrell
Nelson
Schrimp
Pallios
Pacher &
Silva

3

Stipulation to Continue Motion to Dismiss Complaint; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1              IT IS SO ORDERED.

2    Dated:  April 8, 2008                          /s/ OLIVER W. WANGER
                                                    Honorable Oliver W. Wanger
3

4

5    britz\16536\P\stip-cont

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Damrell
Nelson
Schrimp
Pallios
Pacher &

Stipulation to Continue Motion to Dismiss Complaint; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com