Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
   PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
   Britz Fertilizers, Inc.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., a California Corporation,<br><br>            Plaintiff,<br>     vs.<br><br>BAYER CORPORATION, an Indiana Corporation, and BAYER CROPSCIENCE, LP, a Delaware Limited Partnership,<br><br>            Defendants. | Case No. **1:06-CV-00287-OWW-SMS**<br><br>**STIPULATION RE: RULE 26(a)(2) EXPERT WITNESS DISCLOSURES**<br><br>*Amended Complaint for Damages filed February 28, 2008* |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date set forth in the Court's February 8, 2008 Scheduling

/ / /

/ / /

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

1  Conference Order for the simultaneous exchange of written expert witness disclosures pursuant
2  to Rule 26(a)(2) of the Federal Rules of Civil Procedure, be continued from July 21, 2008 to
3  August 11, 2008, and that that the date for the simultaneous written disclosure of supplemental
4  and/or rebuttal expert witnesses be continued from August 20, 2008 to September 3, 2008.

FRAME & MATSUMOTO

And

DAMRELL, NELSON, SCHRMIP
PALLIOS, PACHER & SILVA

Dated:  July 18, 2008                                                   By_____/s/_____
    Roger M. Schrimp
    Eric J. Sousa
    Attorneys for Plaintiff

CLIFFORD & BROWN

Dated:  July 18, 2008                                                   By_____/s/_____
    Stephen T. Clifford
    T. Mark Smith
    Attorneys for Defendants

IT IS SO ORDERED.

Dated:  July 18, 2008                                                   /s/ OLIVER W. WANGER
    Honorable Oliver W. Wanger

britz\16536\P\stip-expert disclosures

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*
*Silva*