STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BAYER CORPORATION; BAYER ) <br> CROPSCIENCE, LP, ) <br> ) <br> Defendants ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | Case No.: 1:06-CV-00287-OWW-SMS <br><br> **JOINT REQUEST TO RESET DISCOVERY CUT-OFF DATE, PRE-TRIAL MOTION SCHEDULE AND PRE-TRIAL CONFERENCE;** <br><br> **ORDER THEREON** <br><br> **NOTE: Pretrial Conference date January 5, 2009** |

**JOINT REQUEST**

The parties in this case, acting through their respective counsel, jointly request that the discovery cut-off and time by which all non-dispositive pre-trial motions, including any discovery motions, and all dispositive pre-trial motions be extended. The parties also request that the pre-trial conference date be continued.

Specifically, the parties request that the Court order that the discovery cut-off date be extended to October 24, 2008. Further, the parties request that the filing date for all non-

1
Joint Request to Reset Pre-Trial Motion Schedule

PDF created with pdfFactory trial version www.pdffactory.com

1  dispositive pre-trial motions, including any discovery motions, shall be extended to November 3,
2  2008, and such motions shall be heard on or before December 5, 2008 at 9:30 a.m. before
3  Magistrate Judge Sandra M. Snyder in Courtroom 7.  The parties further request that the filing
4  date for all dispositive pre-trial motions shall be extended to November 10, 2008, and such
5  motion shall be heard on or before December 15, 2008, at 10:00 a.m. before the Honorable
6  Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

7  　　　The parties request that the Pre-Trial Conference be continued to January 12, 2009 at
8  11:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger, United States District
9  Judge, in Courtroom 3, Seventh Floor.

10  　　　The reasons for this request are that despite being diligent in conducting discovery,
11  numerous depositions remain to be taken and certain discovery law and motion matter are left to
12  be resolved.

13  　　　While the parties have, in good faith, engaged in extensive oral and written discovery,
14  such discovery cut-off dates are required to be extended to October 24, 2008.  The parties
15  request that the corresponding dates to file dispositive and non-dispositive pre-trial motions to be
16  extended in light of the discovery date extensions.

DAMRELL, NELSON, SCHRIMP,
　PALLIOS, PACHER & SILVA
FRAME & MATSUMOTO

Dated:  August 28, 2008          By   /s/  Roger M. Schrimp         .
                                     Roger M. Schrimp
                                     Attorneys for Plaintiff


CLIFFORD & BROWN

Dated:  August 28, 2008          By   /s/  T. Mark Smith            .
                                     Stephen T. Clifford
                                     T. Mark Smith
                                     Attorneys for Defendants

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** as follows:

The Scheduling Conference Order dated February 7, 2008 is amended as follows:

IX. Discovery Plan and Cut-Off Date

    5. The parties are ordered to complete all discovery on or before October 24, 2008.

X. Pre-Trial Motions Schedule.

    1. All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before November 3, 2008, and heard on or before December 5, 2008, at 9:00 a.m. before Magistrate Judge Sandra M. Snyder in Courtroom 7.

    2. In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 142(d). However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

    3. All Dispositive Pre-Trial Motions are to be filed no later than November 10, 2008, and will be heard on or before December 15, 2008 at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor. In scheduling such motions, counsel shall comply with Local Rule 230.

XI. Pre-Trial Conference Date.

    1. The Pre-Trial Conference be continued to **January 5, 2009** at 11:00 a.m. in Courtroom 3 before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

Dated: August 29, 2008          /s/ OLIVER W. WANGER
                                                              OLIVER W. WANGER,
                                                              U.S. DISTRICT COURT JUDGE

PDF created with pdfFactory trial version www.pdffactory.com