IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAYER CORPORATION, et al., <br><br> Defendants. | **OLD** CASE NO.: <br> 1:06-cv-00287-OWW-**SMS** <br><br> **ORDER OF RECUSAL** <br><br> **NEW** CASE NO.: <br> 1:06-cv-00287-OWW-**DLB** |

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. § 455 is appropriate in this matter.

IT IS THEREFORE ORDERED:

1. That the undersigned recuses herself as the magistrate judge to whom this case is presently assigned;

2. That this case be reassigned to the docket of Magistrate Judge Dennis L. Beck, and that all future pleadings and/or correspondence hereinafter be correctly numbered as:

**1:06-cv-00287-OWW-DLB**

//

/

Counsel are advised that use of an incorrect case number, including initials, may result in a delay of documents being processed and copies thereof being incorrectly distributed, received, and/or calendared by the appropriate judicial officer and/or staff.

IT IS SO ORDERED.

**Dated:   October 17, 2008**              /s/ Sandra M. Snyder
                                           UNITED STATES MAGISTRATE JUDGE