IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRITZ FERTILIZERS, INC., | ) | 1:06-cv-00287-OWW-DLB |
| | ) | |
| Plaintiff, | ) | **ORDER FOLLOWING TELEPHONIC** |
| | ) | **CONFERENCE AND STATUS OF** |
| vs. | ) | **PENDING DISCOVERY MOTIONS** |
| | ) | Doc. 48: to be re-filed & re-set |
| BAYER CORPORATION, et al., | ) | Doc. 52: 11/07/08, 9:00am, DLB |
| | ) | Doc. 56: 11/21/08, 9:00am, DLB |
| Defendants. | ) | Doc. 57: 11/21/08, 9:00am, DLB |
| | ) | |

   This matter came on for a telephonic conference on October 16, 2008 at 2:00 p.m. during which the undersigned recused herself sua sponte from proceeding with the handling of this lawsuit.  A separate order of recusal (Doc. 66) has issued designating the new and correct designation of this case as:

**1:06-cv-00287-OWW-DLB**

   Regarding the pending discovery motions:

   1. <u>Defendants' Motion to Compel Further Responses and Production of Documents to Enforce Subpoena to Theodore Hoppe</u>, filed July 30, 2008 (Doc. 48):

   The undersigned heard oral argument on August 22, 2008, thereafter deeming it submitted (Doc. 54).  At the direction of Judge Beck, this motion is to be RE-FILED and SET on his law and

1

motion calendar (Fridays at 9:00 a.m.) as required.  <u>NOTE</u>:  Prior to recusal, it had been this Court's plan to direct further briefing focusing on Attorney Tad Hoppe's reliance on <u>American Mutual Liability Insurance vs. Superior Court,</u> 38 Cal.App.3d 579, 595 (1974).

    2.  <u>Defendants' Motion for Protective Order Re Notice of Deposition of Person Most Knowledgeable</u>, filed August 19, 2008 (Doc. 52):

This motion was originally set for hearing on October 10, 2008, and was continued for hearing to October 17, 2008 (Doc. 62). Due to the recusal, this matter is HEREBY ORDERED RESET for hearing on November 7, 2008 at 9:00 a.m. in Courtroom No. 9 on the Sixth Floor before the Honorable Dennis L. Beck, United States Magistrate Judge.

    3.  <u>Plaintiff's Motion to Compel Production of Documents and Further Testimony, or in the Alternative, Motion for In Camera Review of Disputed Documents</u>, filed August 29, 2008 (Doc. 56), and <u>Plaintiff's Motion for Protective Order</u>, filed August 29, 2008 (Doc. 57):

These motions, originally set for hearing on October 24, 2008 at 9:30 a.m. before the undersigned, then continued to October 28, 2008 at 9:30 a.m. before the undersigned (Doc. 63), are HEREBY ORDERED RESET for hearing on November 21, 2008 at 9:00 a.m. in Courtroom No. 9 on the Sixth Floor before the Honorable Dennis L. Beck, United States Magistrate Judge.

IT IS SO ORDERED.

**Dated:  October 17, 2008**     /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE