STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | Case No.: 1:06-CV-00287-OWW-SMS |
| Plaintiff, | **JOINT REQUEST TO RESET TRIAL DATE, AND RELATED DATES;** |
| vs. | **ORDER THEREON** |
| BAYER CORPORATION; BAYER CROPSCIENCE, LP, | |
| Defendants. | |

**JOINT REQUEST**

The parties in this case, acting through their respective counsel, jointly request that the trial date, discovery cut-off date and other pre-trial dates be extended.

Specifically, the parties request that the Court order that the discovery cut-off date be extended to March 9, 2009. Further, the parties request that the filing date for all non-dispositive pre-trial motions, including any discovery motions, shall be extended to March 23, 2009, and such motions shall be heard on or before April 24, 2009 at 9:00 a.m. before Magistrate Judge

1  Sandra M. Snyder in Courtroom 7.  The parties further request that the filing date for all
2  dispositive pre-trial motions shall be extended to April 6, 2009, and such motion shall be heard
3  on or before May 11, 2009, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States
4  District Judge, in Courtroom 3, Seventh Floor.

5  The parties request that the Trial be continued to July 13, 2009 at 9:00 a.m. before the
6  Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

7  The parties request that the Pre-Trial Conference be continued to June 1, 2009 before the
8  Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

9  The parties request that the Mandatory Settlement Conference be continued to May 5,
10 2009 before Magistrate Judge Sandra M. Snyder in Courtroom 7.

11 The reasons for this request are that despite being diligent in conducting discovery,
12 numerous depositions remain to be taken and certain discovery law and motion matter are left to
13 be resolved.  While the parties have, in good faith, engaged in extensive oral and written
14 discovery certain delays have occurred due to the need to resolve certain matters through law and
15 motion.

DAMRELL, NELSON, SCHRIMP,
 PALLIOS, PACHER & SILVA
FRAME & MATSUMOTO

Dated:  October 3, 2008          By _____.
                                    Roger M. Schrimp
                                    Attorneys for Plaintiff


CLIFFORD & BROWN

Dated:  October 3, 2008          By _____.
                                    Stephen T. Clifford
                                    T. Mark Smith
                                    Attorneys for Defendants

2
Joint Request to Reset Trial Date and Related Dates

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** as follows:

The Scheduling Conference Order dated August 29, 2008 is amended as follows:

IX.     Discovery Plan and Cut-Off Date

    5.     The parties are ordered to complete all discovery on or before March 9, 2009.

X.      Pre-Trial Motions Schedule.

    1.     All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before March 23, 2009, and heard on or before April 24, 2009, at 9:00 a.m. before Magistrate Judge Sandra M. Snyder in Courtroom 7.

    2.     In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 142(d).  However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

    3.     All Dispositive Pre-Trial Motions are to be filed no later than April 6, 2009, and will be heard on or before May 11, 2009 at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor.  In scheduling such motions, counsel shall comply with Local Rule 230.

XI.     Trial Date.

    1.     The parties request that the Trial be continued to July 14, 2009 at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

XII.    Pre-Trial Conference Date.

    1.     The Pre-Trial Conference be continued to June 1, 2009 at 11:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

XIII.   Settlement Conference.

    1.     A Settlement Conference is scheduled for May 5, 2009 at 10:00 a.m. in Courtroom 7 before the Honorable Sandra M. Snyder, United States Magistrate Judge.

PDF created with pdfFactory trial version www.pdffactory.com

1
2  Dated: October 17, 2008                    /s/ OLIVER W. WANGER
                                              OLIVER W. WANGER,
3                                             U.S. DISTRICT COURT JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

4
Joint Request to Reset Trial Date and Related Dates

PDF created with pdfFactory trial version www.pdffactory.com