Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
  Britz Fertilizers, Inc.

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, LP; et al., <br><br> Defendants. | Case No. **1:06-CV-00287-OWW-DLB** <br> (Consolidated for all purposes with Case No. 1:07-CV-00846) <br><br> **STIPULATION RESCHEDULING HEARING DATES; ORDER THEREON** |

   IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. ("Britz") and Defendants Bayer Corporation and Bayer CropScience, L.P. ("Bayer"), through their respective undersigned attorneys, that due to a conflict with counsel for Britz's calendar, the dates currently set for the following motions be rescheduled as follows:

   1.   Bayer's Motion for Protective Order Re: Britz's Notice of Deposition of Person Most Knowledgeable be rescheduled from November 7, 2008 to 9:00 a.m. on December 5, 2008;

/ / /

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

1

Stipulation Rescheduling Hearing Dates; Order Thereon

1      2.    Britz's Motion to Compel Production of Documents and Further Testimony, or in the
2  Alternative, Motion for In Camera Review of Disputed Documents Re: James Rushford be rescheduled
3  from November 21, 2008 to 9:00 a.m. on December 5, 2008; and
4      3.    Britz's Motion for Protective Order Re: Bayer's Notice of Deposition of Ted R. Frame,
5  be rescheduled from November 21, 2008 to 9:00 a.m. on December 5, 2008.
6      IT IS FURTHER STIPULATED that Bayer's Motion to Compel Further Responses and
7  Production of Documents to Enforce Subpoena to Theodore Hoppe remain scheduled for November 21,
8  2008.

9  Dated: October 27, 2008                FRAME & MATSUMOTO
10                              And
11                              DAMRELL, NELSON, SCHRMIP
                               PALLIOS, PACHER & SILVA
12

13                              By: /s/
14                              Roger M. Schrimp
                             Eric J. Sousa
15                              Attorneys for Plaintiff

16 Dated: October 30, 2008                CLIFFORD & BROWN
17
18                              By: /s/
                             Stephen T. Clifford
19                              T. Mark Smith
                             Attorneys for Defendants
20

21     IT IS SO ORDERED.
22
23 Dated: 5 November 2008                /s/ *Dennis L. Beck*
                             Honorable Dennis L. Beck
24
25
26
27
28

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*
*Silva*