Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
   PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
   Britz Fertilizers, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, LP; et al., <br><br> Defendants. | Case No. **1:06-CV-00287-OWW-DLB** <br> (Consolidated for all purposes with Case No. 1:07-CV-00846) <br><br> **STIPULATION RESCHEDULING HEARING DATES; ORDER THEREON** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. ("Britz") and Defendants Bayer Corporation and Bayer CropScience, L.P. ("Bayer"), through their respective undersigned attorneys, that in order to provide counsel with additional time to complete the Rule 37-251 joint stipulations regarding discovery disputes, the dates currently set for the following motions be rescheduled as follows:

///

///

1. Britz's Motion to Compel Production of Documents and Further Testimony, or in the Alternative, Motion for In Camera Review of Disputed Documents Re: James Rushford be rescheduled from December 5, 2008 to January 9, 2009 at 9:00 a.m.; and

2. Britz's Motion for Protective Order Re: Bayer's Notice of Deposition of Ted R. Frame, be rescheduled from December 5, 2008 to January 9, 2009 at 9:00 a.m.

IT IS FURTHER STIPULATED that Bayer's Motion for Protective Order Re: Britz's Notice of Deposition of Person Most Knowledgeable at Bayer remain scheduled for December 5, 2008.

Dated:  November 26, 2008                FRAME & MATSUMOTO

                                          And

                                         DAMRELL, NELSON, SCHRMIP
                                           PALLIOS, PACHER & SILVA


                                         By:_____/s/_____
                                             Roger M. Schrimp
                                             Eric J. Sousa
                                             Attorneys for Plaintiff

Dated: November 26, 2008                 CLIFFORD & BROWN


                                         By:_____/s/_____
                                             Stephen T. Clifford
                                             T. Mark Smith
                                             Attorneys for Defendants


IT IS SO ORDERED.


Dated:  _December 1, 2008          _____/s/ *Dennis L. Beck*_____
                                         Honorable Dennis L. Beck

*Damrell*
*Nelson*
*Schrimp*
*Pallios*
*Pacher &*

2

Stipulation Rescheduling Hearing Dates; Order Thereon