STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., | Case No.: 1:06-CV-00287-OWW-DLB |
| Plaintiff, | **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND FURTHER TESTIMONY, OR IN THE ALTERNATIVE, MOTION FOR *IN CAMERA* REVIEW OF DISPUTED DOCUMENTS; ORDER THEREON** |
| vs. | |
| BAYER CORPORATION; BAYER CROPSCIENCE, LP, | |
| Defendants | |
| | **Currently Set:** |
| | **DATE: January 9, 2009** |
| | **TIME: 9:00 A.M.** |
| | **CTRM: 9** |
| | **Continued to:** |
| | **DATE: January 30, 2009** |
| | **TIME: 9:00 A.M.** |
| | **CTRM: 9** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date set forth in the Court's Order dated December 1, 2008 for the hearing on Plaintiff's Motion to Compel Production of Documents and Further

1  Testimony Re James Rushford, or in the Alternative, Motion for In-Camera Review of Disputed
2  Documents be continued from January 9, 2009 to January 30, 2009 at 9:00 a.m. in Courtroom 9.

                              DAMRELL, NELSON, SCHRIMP,
                                PALLIOS, PACHER & SILVA
                              FRAME & MATSUMOTO

Dated: _____    By _____ .
                                            Roger M. Schrimp
                                            Attorneys for Plaintiff

                                CLIFFORD & BROWN

Dated: _____    By _____ .
                                            Stephen T. Clifford
                                            T. Mark Smith
                                            Attorneys for Defendants

## ORDER

The hearing on Plaintiff's Motion to Compel Production of Documents and Further Testimony, Re James Rushford, or in the Alternative, Motion for In Camera Review of Disputed Documents shall be continued from January 9, 2009 to January 30, 2009 at 9:00 a.m. in Courtroom 9 of the above-entitled Court.

DATED:  7 January 2009                                              /s/  Dennis L. Beck
                                                                   Honorable Dennis L. Beck