STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC.,<br><br>       Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER CROPSCIENCE, LP,<br><br>       Defendants. | Case No.: 1:06-CV-00287-OWW-DLB<br><br>**JOINT REQUEST TO RESET PRE-TRIAL DATES, AND RELATED DATES;**<br><br>**ORDER THEREON** |

**JOINT REQUEST**

The parties in this case, acting through their respective counsel, jointly request that the discovery cut-off date and other pre-trial dates be extended.

Specifically, the parties request that the Court order that the discovery cut-off date be extended to April 6, 2009. Further, the parties request that the filing date for all non-dispositive pre-trial motions, including any discovery motions, shall be extended to April 20, 2009, and such motions shall be heard on or before May 22, 2009 at 9:00 a.m. before the Honorable Dennis L.

1
Joint Request to Reset Pre-Trial Dates; and Related Dates; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com

1  Beck in Courtroom 9.  The parties further request that the filing date for all dispositive pre-trial
2  motions shall be extended to May 4, 2009, and such motion shall be heard on or before June 8,
3  2009, at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in
4  Courtroom 3, Seventh Floor.

5       The parties request that the Pre-Trial Conference be continued to June 22, 2009 before
6  the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

7       The parties request that the Mandatory Settlement Conference be continued to June 19,
8  2009 before Magistrate Judge Dennis L. Beck in Courtroom 9.

9       The reasons for this request are that despite being diligent in conducting discovery,
10  numerous depositions remain to be taken and certain discovery law and motion matter are left to
11  be resolved.  While the parties have, in good faith, engaged in extensive oral and written
12  discovery certain delays have occurred due to the need to resolve certain matters through law and
13  motion.

14  
15                                DAMRELL, NELSON, SCHRIMP,
                                PALLIOS, PACHER & SILVA
16                                FRAME & MATSUMOTO
17  
18  Dated:  February 25, 2009                By      /s/  Eric J. Sousa           .
                                                    Eric J. Sousa
19                                   Attorneys for Plaintiff
20  
21  
22                                  CLIFFORD & BROWN
23  Dated:  February 25, 2009                By      /s/  T. Mark Smith         .
24                                   Stephen T. Clifford
                                 T. Mark Smith
25                                   Attorneys for Defendants
26  
27  
28  

PDF created with pdfFactory trial version www.pdffactory.com

**ORDER**

**GOOD CAUSE APPEARING, IT IS ORDERED** as follows:

The Scheduling Conference Order dated October 17, 2008 is amended as follows:

IX. Discovery Plan and Cut-Off Date

    5. The parties are ordered to complete all discovery on or before April 6, 2009.

X. Pre-Trial Motions Schedule.

    1. All Non-Dispositive Pre-Trial Motions, including any discovery motions, will be filed on or before April 20, 2009, and heard on or before May 22, 2009, at 9:00 a.m. before Judge Dennis L. Beck in Courtroom 9.

    2. In scheduling such motions, the Magistrate Judge may grant applications for an order shortening time pursuant to Local Rule 142(d). However, if counsel does not obtain an order shortening time, the notice of motion must comply with Local Rule 251.

    3. All Dispositive Pre-Trial Motions are to be filed no later than May 4, 2009, and will be heard on or before June 8, 2009 at 10:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, 7th Floor. In scheduling such motions, counsel shall comply with Local Rule 230.

XI. Trial Date.

    1. The parties agreed that the stipulation will hold the current Trial date set for July 13, 2009 at 9:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

XII. Pre-Trial Conference Date.

    1. The Pre-Trial Conference be continued to June 22, 2009 at 11:00 a.m. before the Honorable Oliver W. Wanger, United States District Judge, in Courtroom 3, Seventh Floor.

XIII. Settlement Conference.

    1. A Settlement Conference is scheduled for June **18**, 2009 at 10:00 a.m. in Courtroom 9 before the Honorable Dennis L. Beck.

PDF created with pdfFactory trial version www.pdffactory.com

1

2  IT IS SO ORDERED.

3

4  Dated: February 26, 2009                    /s/ OLIVER W. WANGER
                                               OLIVER W. WANGER,
5                                              U.S. DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4
Joint Request to Reset Pre-Trial Dates; and Related Dates; Order Thereon

PDF created with pdfFactory trial version www.pdffactory.com