Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
  Britz Fertilizers, Inc.

Stephen T. Clifford, State Bar No. 39020
T. Mark Smith, State Bar No. 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel: (661) 322-6023
Fax: (661) 322-3508

Attorneys for Defendants
  Bayer Corporation and Bayer CropScience, LP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br> vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, LP; et al., <br><br> Defendants. | Case No. **1:06-CV-00287-OWW-DLB** <br> (Consolidated for all purposes with Case No. 1:07-CV-00846) <br><br> **STIPULATION AND ORDER FOR CONTINUANCE OF TRIAL DATE** |

<u>STIPULATION</u>

This case is presently set for trial beginning July 14, 2009. The pre-trial conference is set for June 22, 2009, and a mandatory settlement conference is set for June 19, 2009. The parties

hereto, acting through their respective counsel, jointly request that the trial date be continued to November 17, 2009, that a new pre-trial conference date be assigned, and that a mandatory settlement conference not be required. The reasons for these requests are the following ones:

1. In the last few days the parties have agreed to participate in private mediation.

2. Because the case is complex business litigation and involves a relatively large amount, an experienced well-qualified mediator is required.

3. Experienced well-qualified mediators are booked a couple of months in advance.

4. The mediation will be a full day's mediation beginning at 8:30 a.m. and continuing so long that day as may be necessary to conclude it.

5. Given the participation by the parties in a private mediation, a mandatory settlement conference would not serve a useful purpose.

Date: May 8, 2009.

                                        DAMRELL, NELSON, SCHRIMP,
                                          PALLIOS, PACHER & SILVA
                                        FRAME & MATSUMOTO

Dated: May 8, 2009                          By  /s/ Ted R. Frame
                                                     Ted R. Frame
                                                     Attorneys for Plaintiff


                                        CLIFFORD & BROWN

Dated: May 8, 2009                          By  /s/ T. Mark Smith (as authorized on 5/8/09).
                                                     T. Mark Smith
                                                   Attorneys for Defendants

## ORDER

Good cause appearing therefor, IT IS ORDERED:

1. The trial date in this case is continued from July 14, 2009, to November 17, 2009, at 9:00 a.m., Courtroom #3.

2. The pre-trial conference date in this case is continued from June 22, 2009, to 10/5/2009, 2009, at 11:00 a.m., Courtroom #3.

3. The Mandatory Settlement Conference date (June 19, 2009) is cancelled and is not reset.

NO FURTHER CONTINUANCES WILL BE GRANTED.

Dated: May 12, 2009                 /s/ OLIVER W. WANGER
**OLIVER W. WANGER,**
**UNITED STATES DISTRICT JUDGE**