ROGER M. SCHRIMP, ESQ., SBN 039378
GEORGE P. RODARAKIS, ESQ. SBN 222214
ERIC J. SOUSA, ESQ., SBN 232541
Damrell, Nelson, Schrimp
 Pallios, Pacher & Silva
1601 Modesto, CA 95354
Telephone 209-526-3500

TED R. FRAME, ESQ. SBN 023736
Frame & Matsumoto
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
559-935-1552

Attorneys for Plaintiff
 Britz Fertilizers, Inc.

STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, LP, <br><br> Defendants | Case No.: 1:06-CV-00287-OWW-DLB <br><br> **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ORDER EXCLUDING OR LIMITING EXPERT WITNESS TESTIMONY AND EVIDENCE BAYER CORPORATION AND BAYER CROPSCIENCE MAY PRESENT AT TRIAL; ORDER THEREON** <br><br> **Currently Set:** <br> **DATE: May 22, 2009** <br> **TIME: 9:00 A.M.** <br> **CTRM: 9** <br><br> **Continued to:** <br> **DATE: June 5, 2009** <br> **TIME: 9:00 A.M.** <br> **CTRM: 9** |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date currently for the Motion for Order Excluding or Limiting Expert Witness Testimony and Evidence Defendants' Bayer Corporation and Bayer CropScience from May 22, 2009 to **June 5, 2009 at 9:00 a.m.** in Courtroom 9..

                                              DAMRELL, NELSON, SCHRIMP,
                                                PALLIOS, PACHER & SILVA

                                                FRAME & MATSUMOTO

Dated: May 7, 2009                                  By /s/ Ted R. Frame (as authorized on 5/7/09)
                                                                         Ted R. Frame
                                                                         Attorneys for Plaintiff

                                                CLIFFORD & BROWN

Dated: May 7, 2009                                  By  /s/ T. Mark Smith                .
                                                                         Stephen T. Clifford
                                                                        T. Mark Smith
                                                                       Attorneys for Defendants

**ORDER**

The hearing on Plaintiff's Motion for Order Excluding or Limiting Expert Witness Testimony and Evidence Defendants Bayer Corporation and Bayer CropScience May Present at Trial shall be continued from May 22, 2009 to June 5, 2009 at 9:00 a.m. in Courtroom 9 of the above-entitled Court.

DATED: 13 May 13, 2009                          /s/ *Dennis L. Beck*
                                                         Honorable Dennis L. Beck