| | |
|---|---|
| 1 | ROGER M. SCHRIMP, ESQ., SBN 039378 |
| | GEORGE P. RODARAKIS, ESQ. SBN 222214 |
| 2 | ERIC J. SOUSA, ESQ., SBN 232541 |
| | Damrell, Nelson, Schrimp |
| 3 |   Pallios, Pacher & Silva |
| | 1601 Modesto, CA 95354 |
| 4 | Telephone 209-526-3500 |
| 5 | TED R. FRAME, ESQ. SBN 023736 |
| | Frame & Matsumoto |
| 6 | 201 Washington Street |
| | Post Office Box 895 |
| 7 | Coalinga, CA 93210 |
| | 559-935-1552 |
| 8 | |
| | Attorneys for Plaintiff |
| 9 |   Britz Fertilizers, Inc. |
| 10 | STEPHEN T. CLIFFORD, ESQ., SBN 39020 |
| | T. MARK SMITH, ESQ., SBN 162370 |
| 11 | Clifford & Brown |
| | A Professional Corporation |
| 12 | Attorneys at Law |
| | 1430 Truxtun Avenue, Suite 900 |
| 13 | Bakersfield, CA 93301 |
| | 661-322-6023 |
| 14 | 661-322-3508 fax |
| 15 | Attorneys for Defendants |
| | BAYER CORPORATION and BAYER CROPSCIENCE, LP |

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> BAYER CORPORATION; BAYER CROPSCIENCE, LP, <br><br> Defendants | Case No.: 1:06-CV-00287-OWW-DLB <br><br> **STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ORDER EXCLUDING OR LIMITING EXPERT WITNESS TESTIMONY AND EVIDENCE BAYER CORPORATION AND BAYER CROPSCIENCE MAY PRESENT AT TRIAL; ORDER THEREON** <br><br> **Currently Set:** <br> **DATE: May 22, 2009** <br> **TIME: 9:00 A.M.** <br> **CTRM: 9** <br><br> **Continued to:** <br> **DATE: June 5, 2009** <br> **TIME: 9:00 A.M.** <br> **CTRM: 9** |

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date currently for the Motion for Order Excluding or Limiting Expert Witness Testimony and Evidence Defendants' Bayer Corporation and Bayer CropScience from May 22, 2009 to **June 5, 2009 at 9:00 a.m.** in Courtroom 9.. |

                                          DAMRELL, NELSON, SCHRIMP,
                                            PALLIOS, PACHER & SILVA

                                            FRAME & MATSUMOTO

Dated: May 7, 2009                                 By  /s/ Ted R. Frame (as authorized on 5/7/09)
                                                                  Ted R. Frame
                                                                   Attorneys for Plaintiff

                                            CLIFFORD & BROWN

Dated: May 7, 2009                                 By   /s/ T. Mark Smith               .
                                                                    Stephen T. Clifford
                                                                    T. Mark Smith
                                                                    Attorneys for Defendants

**ORDER**

The hearing on Plaintiff's Motion for Order Excluding or Limiting Expert Witness Testimony and Evidence Defendants Bayer Corporation and Bayer CropScience May Present at Trial shall be continued from May 22, 2009 to June 5, 2009 at 9:00 a.m. in Courtroom 9 of the above-entitled Court.

DATED: 13 May 13, 2009                          /s/ *Dennis L. Beck*
                                                        Honorable Dennis L. Beck