ROGER M. SCHRIMP, ESQ., SBN 039378
GEORGE P. RODARAKIS, ESQ. SBN 222214
ERIC J. SOUSA, ESQ., SBN 232541
Damrell, Nelson, Schrimp
 Pallios, Pacher & Silva
1601 Modesto, CA 95354
Telephone 209-526-3500

TED R. FRAME, ESQ. SBN 023736
Frame & Matsumoto
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
559-935-1552

Attorneys for Plaintiff
 Britz Fertilizers, Inc.

STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>BAYER CORPORATION; BAYER CROPSCIENCE, LP,<br><br>Defendants | Case No.: 1:06-CV-00287-OWW-DLB<br><br>**STIPULATION TO CONTINUE HEARINGS DATE ON DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT/SUMMARY ADJUDICATION AND SEPARATE MOTION FOR SUMMARY ADJUDICATION**<br><br>**Currently Set:**<br>**DATE: June 8, 2009**<br>**TIME: 10:00 A.M.**<br>**CTRM: 3**<br><br>**Continued to:**<br>**DATE: August 10, 2009**<br>**TIME: 10:00 A.M.**<br>**CTRM: 3** |

1   IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc., and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date currently set for Defendants' Motions For Summary Judgment/Summary Adjudication and separate Motion for Summary Adjudication be continued from June 8, 2009 to **August 3, 2009 at 10:00 a.m.** in Courtroom 3..

IT IS FURTHER STIPULATED that Plaintiff's opposition briefs shall be filed and served by e-mail with overnight mail confirmation by July 6, 2009, and that Defendants' reply briefs be filed and served in like manner by July 27, 2009.

```
                                        DAMRELL, NELSON, SCHRIMP,
                                          PALLIOS, PACHER & SILVA
                                        FRAME & MATSUMOTO

Dated: May 8, 2009                      By  /s/ Ted R. Frame
                                            Ted R. Frame
                                            Attorneys for Plaintiff


                                        CLIFFORD & BROWN


Dated: May 8, 2009                      By  /s/ T. Mark Smith (as authorized on 5/8/09).
                                            Stephen T. Clifford
                                            T. Mark Smith
                                            Attorneys for Defendants
```

**ORDER**

The hearings on Defendants' Motions for Summary Judgment/Summary Adjudication and separate Motion for Summary Adjudication shall be continued from June 8, 2009 to **August 10, 2009 at 10:00 a.m.** in Courtroom 3 of the above-entitled Court. The dates for filing and service of opposition and response shall be as stated in the parties' stipulation.

```
DATED: May 19, 2009                     /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        United States District Judge
```