Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel:  (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
  Britz Fertilizers, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC. | Case No. **1:06-CV-00287-OWW-DLB** |
| Plaintiff, vs. | **STIPULATION RE: PRE-TRIAL CONFERENCE** |
| BAYER CORPORATION; BAYER CROPSCIENCE, LP, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date presently set for the Pre-Trial Conference in the above-referenced matter be continued from October 13, 2009 to October 19, 2009, at 11:00 a.m. in Courtroom 3.

/ / /

| | |
|---|---|
| | FRAME & MATSUMOTO |
| | And |
| | DAMRELL, NELSON, SCHRMIP PALLIOS, PACHER & SILVA |
| Dated:  September 15, 2009 | By /s/ Roger M. Schrimp<br>    Roger M. Schrimp<br>    Eric J. Sousa<br>    Attorneys for Plaintiff |
| | CLIFFORD & BROWN |
| Dated:  September 15, 2009 | By /s/ T. Mark Smith<br>    Stephen T. Clifford<br>    T. Mark Smith<br>    Attorneys for Defendants |

IT IS SO ORDERED.

Dated:  September 16, 2009           /s/ OLIVER W. WANGER
                                     Honorable Oliver W. Wanger

britz\16536\stip-PTC