Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP,
   PALLIOS, PACHER & SILVA
1601 I Street, 5th Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, State Bar No. 023736
FRAME & MATSUMOTO
201 Washington Street
Post Office Box 895
Coalinga, CA 93210
Tel: (559) 935-1552
Fax: (559) 935-1555

Attorneys for Plaintiff
  Britz Fertilizers, Inc.

Stephen T. Clifford, SBN 39020
T. Mark Smith, SBN 162370
CLIFFORD & BROWN
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
Tel: (661) 322-6023
Fax: (661) 322-3508

Attorneys for Defendants
  Bayer Corporation and Bayer CropScience, LP

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| BRITZ FERTILIZERS, INC.,<br><br>        Plaintiff,<br>vs.<br><br>BAYER CORPORATION; BAYER CROPSCIENCE, LP; et al.,<br><br>        Defendants. | Case No. **1:06-CV-00287-OWW-DLB**<br>(Consolidated for all purposes with<br>Case No. 1:07-CV-00846)<br><br>**STIPULATION TO CONTINUE HEARING DATE ON PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**<br><br>**Currently Set:**<br>**Date: March 22, 2010**<br>**Time: 10:00 a.m.**<br>**Courtroom: 3**<br><br>**Continued to:**<br>**Date: March 29, 2010**<br>**Time: 10:00 a.m.**<br>**Courtroom: 3** |

**PLAINTIFF BRITZ FERTILIZERS INC.'S REPLY TO DEFENDANTS' OPPOSITION TO PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

IT IS HEREBY STIPULATED by and between the parties hereto, Plaintiff Britz Fertilizers, Inc., and Defendants Bayer Corporation and Bayer CropScience, L.P., through their respective undersigned attorneys, that the date currently set for Plaintiff's Motion for Order Granting Leave to File Second Amended Complaint be continued from March 22, 2010 to **March 29, 2010 at 10:00 a.m.** in Courtroom 3. Britz's supplemental briefing, not to exceed ten (10) pages is due by February 11, 2010. Any opposition to Britz's supplemental briefing is due by February 25, 2010, and shall not exceed seven (7) pages. Any reply is due by March 4, 2010, and shall not exceed five (5) pages.

DATED: February 4, 2010            DAMRELL, NELSON, SCHRIMP,
                                                                      PALLIOS, PACHER & SILVA

By     /s/ George P. Rodarakis
      Roger M. Schrimp
      George P. Rodarakis
      Attorneys for Plaintiff

And

FRAME & MATSUMOTO

By:    /s/ Ted R. Frame
      Ted R. Frame
      Attorneys for Plaintiff

DATED: February 2, 2010            CLIFFORD & BROWN

By:    /s/ T. Mark Smith
      Stephen T. Clifford
      T. Mark Smith
      Attorneys for Defendants

2

**PLAINTIFF BRITZ FERTILIZERS INC.'S REPLY TO DEFENDANTS' OPPOSITION TO
PLAINTIFF'S MOTION FOR ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT**

# ORDER

The hearing on Plaintiff's Motion for Order Granting Leave to File Second Amended Complaint shall be continued from March 22, 2010 to **March 29, 2010 at 10:00 a.m.** in Courtroom 3 of the above-entitled Court. Britz's supplemental briefing, not to exceed ten (10) pages is due by February 11, 2010. Any opposition to Britz's supplemental briefing is due by February 25, 2010, and shall not exceed seven (7) pages. Any reply is due by March 4, 2010, and shall not exceed five (5) pages.

DATED: 2/3/2010                              /s/ OLIVER W. WANGER
                                             Honorable Oliver W. Wanger
                                             United States District Judge