STEPHEN T. CLIFFORD, ESQ., SBN 39020
T. MARK SMITH, ESQ., SBN 162370
Clifford & Brown
A Professional Corporation
Attorneys at Law
1430 Truxtun Avenue, Suite 900
Bakersfield, CA 93301
661-322-6023
661-322-3508 fax

Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE, LP

IN THE UNITED SATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC., ) | Case No.: 1:06-CV-00287-OWW-DLB |
| ) | |
| Plaintiff, ) | **JOINT REQUEST TO VACATE TRIAL AND PRE-TRIAL DATES; ORDER THEREON** |
| ) | |
| vs. ) | |
| ) | |
| BAYER CORPORATION; BAYER ) | |
| CROPSCIENCE, LP, ) | |
| ) | |
| Defendants ) | |
| ) | |

## JOINT REQUEST

All parties in this action, acting through their respective counsel, jointly request for the following reasons that all Motion, Pre-Trial and Trial dates in this action be vacated.

WHEREAS, the parties have reached an agreement-in-principle to settle and resolve the claims of plaintiff, Britz Fertilizers, Inc. ("Plaintiff") against defendants Bayer Cropscience, LP and Bayer Corporation, Inc. ("Defendants");

WHEREAS, such settlement is conditioned upon the Court granting a motion for good faith settlement approval (Cal. *Code of Civ. Proc.* §§ 877, 877.6);

WHEREAS, the parties anticipate that a joint motion for good faith settlement approval within thirty (30) days of today's date;

WHEREAS, in order to allow sufficient time for the preparation, filing, and hearing of the motion, which, if granted, and thereby barring any potential claims of the noticed parties, will result in dismissal of the action;

WHEREAS, the parties seek to take off-calendar all Motion, Pre-Trial and Trial dates, including, but not limited to:

| | | |
|---|---|---|
| April 26, 2010 | 10:00 a.m. | Plaintiff's Motion to Amend |
| May 28, 2010 | 12:00 p.m. | Hearing on Motions in Limine |
| June 15, 2010 | 9:00 a.m. | Trial; |

to be reset upon request by plaintiff or defendants should the Court deny the motion.

Dated: April 21, 2010

DAMRELL, NELSON, SCHRIMP,
  PALLIOS, PACHER & SILVA
FRAME & MATSUMOTO
By   /s/ Ted R. Frame          .
   (authorized on 4/22/10)
   Ted R. Frame
   Attorneys for Plaintiff
   Britz Fertilizers, Inc.

Dated: April 21, 2010

CLIFFORD & BROWN
By   /s/ T. Mark Smith          .
   Stephen T. Clifford
   T. Mark Smith
   Attorneys for Defendants
   Bayer Corporation and
   Bayer CropScience, L.P.

IT IS SO ORDERED.

Dated:   **April 23, 2010**          **/s/ Oliver W. Wanger**
                                                             UNITED STATES DISTRICT JUDGE