1  ROGER M. SCHRIMP, ESQ., SBN 039378
   GEORGE P. RODARAKIS, ESQ. SBN 222214
2  ERIC J. SOUSA, ESQ., SBN 232541
   Damrell, Nelson, Schrimp
3   Pallios, Pacher & Silva
   1601 Modesto, CA 95354
4  Telephone 209-526-3500

5  TED R. FRAME, ESQ. SBN 023736
   Frame & Matsumoto
6  201 Washington Street
   Post Office Box 895
7  Coalinga, CA 93210
   559-935-1552

8  Attorneys for Plaintiff
9   BRITZ FERTILIZERS, INC.

10 STEPHEN T. CLIFFORD, ESQ., SBN 39020
   T. MARK SMITH, ESQ., SBN 162370
11 Clifford & Brown
   A Professional Corporation
12 Attorneys at Law
   1430 Truxtun Avenue, Suite 900
13 Bakersfield, CA 93301
   661-322-6023
14 661-322-3508 fax

15 Attorneys for Defendants
   BAYER CORPORATION and BAYER CROPSCIENCE, LP

**FILED**
JUL 2 7 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

**LODGED**
JUL 2 6 2010
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| BRITZ FERTILIZERS, INC.,<br><br>        Plaintiff,<br><br>   vs.<br><br>BAYER CORPORATION; BAYER CROPSCIENCE, LP,<br><br>        Defendants | Case No.: 1:06-CV-00287-OWW-DLB<br><br>STIPULATION AND JOINT APPLICATION RE: SEALING OF DOCUMENTS IN SUPPORT OF BRITZ FERTILIZERS, INC.'S AND BAYER CROPSCIENCE, LP'S/BAYER CORPORATION'S JOINT APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, OPPOSITION THERETO, AND RELATED DOCUMENTS; [PROPOSED] ORDER THEREON<br><br>E.D. CAL. L.R. 141 |

1
STIPULATION RE: SEALING OF DOCUMENTS IN SUPPORT OF BRITZ FERTILIZERS, INC.'S AND BAYER CROPSCIENCE, LP'S/BAYER CORPORATION'S JOINT APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, OPPOSITION THERETO, AND RELATED DOCUMENTS; [PROPOSED] ORDER THEREON

1  WHEREAS Britz Fertilizers, Inc. ("Britz") and Bayer Cropscience, LLP and Bayer
2  Corporation (collectively "Bayer"), have agreed in consideration of the mutual promises and
3  covenant contained in an executed Confidential Settlement Agreement and Mutual General
4  Release to settle the above entitled action conditional upon the entry of an order granting a
5  Motion for Good Faith Settlement and thereby barring and discharging any and all potential
6  third party claims and/or causes of action for contribution or indemnity, present or future
7  against Bayer by those parties having received notice of the filing of said Motion;

8  WHEREAS the terms of such conditional settlement are expressly made confidential as
9  set forth in the Confidential Settlement Agreement and Mutual General Release;

10  WHEREAS Britz' and Bayer's Joint Application and Motion for Determination of
11  Good Faith Settlement ("Motion") reflects the terms of such settlement and the Confidential
12  Settlement Agreement and Mutual General Release is attached in support of said motion;

13  WHERRAS Britz and Bayer agree that the terms of such settlement should remain
14  confidential within the ambit of the Court's determination of the Motion;

15  WHEREAS Britz and Bayer agree and stipulate that the documents filed in support of
16  the Motion should be filed under seal to preserve the confidentiality of the settlement;

17  WHEREAS Britz and Bayer jointly agree that any opposition to the Motion and reply to
18  the opposition should also be filed under seal to preserve the confidentiality of the terms of the
19  Confidential Settlement Agreement and Mutual General Release.

20  Britz and Bayer hereby stipulate and jointly request that the Court enter an Order in
21  accord with US District Court, Eastern District of California, Local Rule 141, sealing all
22  documents filed in support of Britz' and Bayer's Motion, any papers filed in opposition thereto,
23  and any papers or documents filed in reply to any opposition. Submitted herewith are the
24  following documents in support of the Motion requested to be filed under seal:

25  1. ~~Notice of Hearing for Joint Motion to Determine Good Faith of Settlement~~ and
26  ~~to Bar Claims Against Defendants for Contribution and Indemnity;~~
27  ~~2. Joint Application by Plaintiff Britz Fertilizers, Inc. and Defendants Bayer~~
28  ~~Corporation and Bayer Cropscience, LP for Determination of Good Faith~~

~~Settlement pursuant to C.C.P. Sections 877 and 877.6;~~

3. Memorandum of Points and Authorities in Support of Joint Motion to Determine Good Faith of Settlement and to Bar Claims Against Defendants for Contribution and Indemnity;

4. Declaration of Ted R. Frame in Support of Joint Application for Good Faith Settlement;

5. Declaration of Stephen T. Clifford in Support of Joint Application for Good Faith Settlement; and

6. [Proposed] Order Determining Settlement to be in Good Faith and Baring Claims for Contribution and Indemnity.

DAMRELL, NELSON, SCHRIMP,
PALLIOS, PACHER & SILVA

Dated: July 22, 2010

By /s/ Roger Schrimp
Roger Schrimp
Attorneys for Plaintiff

FRAME & MATSUMOTO

Dated: July 22, 2010

By /s/ Ted R. Frame
Ted R. Frame
Attorneys for Plaintiff

CLIFFORD & BROWN

Dated: July 22, 2010

By /s/ T. Mark Smith
Stephen T. Clifford
T. Mark Smith
Attorneys for Defendants

**ORDER**

IT IS HEREBY ORDERED that Britz Fertilizer, Inc.'s and Bayer Cropscience, LP/Bayer Corporation's Stipulation and Joint Application to seal documents filed in support of and opposition to the Joint Motion to Determine Good Faith of Settlement and to Bar Claims Against Defendants for Contribution and Indemnity ("Motion") is GRANTED. The following documents submitted herewith shall be filed under seal:

1. Notice of Hearing for Joint Motion to Determine Good Faith of Settlement and to Bar Claims Against Defendants for Contribution and Indemnity;

2. Joint Application by Plaintiff Britz Fertilizers, Inc. and Defendants Bayer Corporation and Bayer Cropscience, LP for Determination of Good Faith Settlement pursuant to C.C.P. Sections 877 and 877.6;

3. Memorandum of Points and Authorities in Support of Joint Motion to Determine Good Faith of Settlement and to Bar Claims Against Defendants for Contribution and Indemnity;

4. Declaration of Ted R. Frame in Support of Joint Application for Good Faith Settlement;

5. Declaration of Stephen T. Clifford in Support of Joint Application for Good Faith Settlement; and

6. [Proposed] Order Determining Settlement to be in Good Faith and Baring Claims for Contribution and Indemnity.

The Court further Orders that any documents submitted in Opposition and Reply to any Opposition to the Motion shall be filed under seal and all parties shall comply with the procedures set forth in E.D. Cal. Local Rule 141 for the filing of such documents. Moving parties shall serve all interested parties with this Order upon service of the Motion.

DATED: 7-27-10

Honorable Oliver W. Wanger
U.S. District Court Judge

STIPULATION RE: SEALING OF DOCUMENTS IN SUPPORT OF BRITZ FERTILIZERS, INC.'S AND BAYER CROPSCIENCE, LP'S/BAYER CORPORATION'S JOINT APPLICATION FOR DETERMINATION OF GOOD FAITH SETTLEMENT, OPPOSITION THERETO, AND RELATED DOCUMENTS; [PROPOSED] ORDER THEREON