Roger M. Schrimp, State Bar No. 039378
George P. Rodarakis, State Bar No. 222214
Eric J. Sousa, State Bar No. 232541
DAMRELL, NELSON, SCHRIMP
PALLIOS, PACHER & SILVA
1601 I STREET, 5TH Floor
Modesto, CA 95354
Telephone (209) 526-3500
Facsimile (209) 526-3534

Ted R. Frame, SBN 023736
Russell Matsumoto, SBN 084949
FRAME & MATSUMOTO
201 Washington Street
P.O. Box 895
Coalinga, CA 93210
Phone (559) 935-1552
Fax (559) 935-1555
Attorneys for Plaintiff BRITZ FERTILIZERS, INC.

Stephen T. Clifford, State Bar No. 39020
T. Mark Smith, State Bar No. 162370
CLIFFORD & BROWN
Bank of America Building 1430 Truxton Avenue, Suite 900
Bakersfield, CA 93301-5203
(661)322-6023
(661)322-3508 FAX
Attorneys for Defendants
BAYER CORPORATION and BAYER CROPSCIENCE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

-o0o-

| | |
|---|---|
| **BRITZ FERTILIZERS, INC.**<br><br>Plaintiffs,<br><br>vs.<br><br>**BAYER CORPORATION; BAYER CROPSCIENCE, LP;**<br><br>Defendants. | Case No.: 1:06-CV-00287-OWW-DLB<br><br>(Consolidated for all purposes with Case No. 1:07-CV-00846)<br><br>**STIPULATION FOR DISMISSAL; ORDER THEREON** |

LAW OFFICES OF
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

**STIPULATION FOR DISMISSAL; ORDER THEREON**

1

Pursuant to the provisions of Fed. R. Civ. P. 41(a)(1), the parties, by and through their respective counsel, hereby stipulate that this action and each and every claim therein be dismissed with prejudice. Each side to bear its own attorneys fees and costs.

Respectfully submitted,

Dated: December 3, 2010                      Dated: December 3, 2010

DAMRELL, NELSON, SCHRIMP,           CLIFFORD & BROWN
PALLIOS, PACHER & SILVA

By: __/s/ T. Mark Smith_____
    T. Mark Smith,
FRAME & MATSUMOTO                    Attorneys for Defendant
                                     Bayer Corporation &
                                     Bayer Crop Science LP

By: __/s/ Ted R. Frame_____
    TED R. FRAME,
    Attorneys for Plaintiff
    Britz Fertilizers, Inc.

## ORDER

The above stipulation is APPROVED, and this action is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated:  **December 15, 2010**              **/s/ Oliver W. Wanger**
                                     UNITED STATES DISTRICT JUDGE

LAW OFFICES OF
FRAME &
MATSUMOTO
PO Box 895
Coalinga, CA
93210

**STIPULATION FOR DISMISSAL; ORDER THEREON**

2